**Mrs. M. L. SULLIVAN, Administratrix, etc., Appellant, v. DIERKS LUMBER AND COAL COMPANY.**

No. 8902.

Circuit Court of Appeals, Eighth Circuit.

March 9, 1931.

Sam T. Poe, Tom Poe, and McDonald Poe, all of Little Rock, Ark., for appellant.

A. J. Murphy and Scott Wood, both of Hot Springs, Ark., J. W. House, of Little Rock, Ark., and J. S. Kirkpatrick, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal dismissed on application of appellee, under Rule 17, at costs of appellant.

---

**Acie TAYLOR v. T. B. WHITE, Warden.**

No. 428.

Circuit Court of Appeals, Tenth Circuit.

Jan. 28, 1931.

S. M. Brewster, U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed January 28, 1931, for lack of merit.

---

**Louis L. TEN BROECK, Appellant, v. JOURNAL PRINTING CO. et al.**

No. 8810.

Circuit Court of Appeals, Eighth Circuit.

Jan. 12, 1931.

A. S. Dowdall, Jr., and Orell R. Leen, both of Minneapolis, Minn., for appellant.

George S. Grimes and James E. O'Brien, both of Minneapolis, Minn., for appellees.

PER CURIAM.

Appeal dismissed on motion of appellees, because of death of appellant, without costs to either party in this court, etc.

---

**Joseph L. TINGLE, Appellant, v. UNITED STATES of America.**

No. 9027.

Circuit Court of Appeals, Eighth Circuit.

March 17, 1931.

See, also, 38 F.(2d) 573.

Forest W. Hanna and Charles C. Madison, both of Kansas City, Mo., for appellant.

William L. Vandeventer, U. S. Atty., and Harry L. Thomas, Asst. U. S. Atty., both of Kansas City, Mo.

PER CURIAM.

Bill of exceptions stricken from record and appeal dismissed without costs to either party in this court, on motion of appellee.